JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION

| | |
|---|---|
| HELEN RAPTIS, an individual; ANTHONY RAPTIS, an individual,<br><br>　　Plaintiffs,<br><br>　　v.<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 100, inclusive,<br><br>　　Defendants. | Case No: 8:18-cv-2236 AG (ADSx)<br>Assigned to Hon. Andrew J. Guilford (Courtroom 10D)<br>Autumn D. Spaeth (Magistrate Judge)<br><br>Orange County Superior Court Action Case No: 30-2018-00992778-CU-PO-CJC<br><br>**ORDER TO REMAND CASE REMOVED BY COSTCO WHOLESALE CORPORATION TO STATE COURT** |

**ORDER**

Good Cause appearing, the Court orders as follows:

1. This matter shall be remanded to the Superior Court of California, County of Orange.
2. HELEN RAPTIS' Motion to Remand shall be vacated.

**IT IS SO ORDERED.**

DATED: February 5, 2019

_____
Hon. Andrew J. Guilford

-1-

Order to Remand